IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

NEIL PATEL, NIRAV PATEL, and RN2
ENTERPRISES LLC,

      Plaintiffs,        Civ. No. 1:19-cv-02037-MC

    v.        JUDGMENT

ROBBIE LESA HORTON, JAMES
HORTON, BIG BOOTS LLC, HEMP
WAREHOUSE LLC, and BRANDON
ROSS STRAUSS,

      Defendants.

_____

MCSHANE, Judge:

    Based on the stipulated dismissal, this action against Defendants Robbie Lesa Horton, James Horton, and Hemp Warehouse, LLC is dismissed with prejudice and without costs. This action against Big Boots, LLC and Brandon Ross Strauss is dismissed without prejudice and without costs.

    IT IS SO ORDERED.

    DATED this 25th day of September, 2020.

                                        _____/s/ Michael J. McShane_____
                                                   Michael McShane
                                           United States District Judge

1 – JUDGMENT